FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

CHRISTOPHER LUCERO, individually, as
Co-Personal Representative of the ESTATE OF
MARIA SANDOVAL, and as parent and next
friend of JAYLA LUCERO and AZTLAN
LUCERO, minors,

                Plaintiffs,

vs.                                                                                          Civ. No. 14-473 RB-KK

GEORGE HEAGERTY, III and
USA CYCLING, INC.,

                Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 48), filed November 25, 2014, regarding the parties' Joint Petition for Approval of Minor Settlement (Doc. 34), filed September 22, 2014. The Magistrate Judge found that the parties' proposed settlement of the minor Plaintiffs' claims is fair and reasonable, and recommended that the settlement be approved. The parties subsequently filed a Joint Notice of Waiver of Objections to Proposed Findings and Recommended Disposition by Magistrate Judge Kirtan Khalsa (Doc. 49), in which they waived any objections to the PFRD, and requested that the Court adopt them.

Upon reviewing the record, I concur with the Magistrate Judge's findings and recommendations. I therefore: (1) adopt the Guardian ad Litem's Supplemental and Second Supplemental Reports (Docs. 44, 45), and the Magistrate Judge's PFRD (Doc. 48); (2) find that the proposed settlement involving minors is fair and reasonable; (3) grant the parties' Joint Petition for Approval of Minor Settlement (Doc. 34); (4) approve the creation of the proposed

structured settlement annuities and the payment plans for the children as described in the PFRD; and, (5) release the Guardian ad Litem from his duties in this case. The parties are to submit closing documents to the Court within fourteen (14) days of entry of this Order.

    IT IS SO ORDERED.

_____
THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE