IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER LUCERO, individually, as
Co-Personal Representative of the ESTATE OF
MARIA SANDOVAL, and as parent and next
friend of JAYLA LUCERO and AZTLAN
LUCERO, minors.
     Plaintiffs,
v.                                                       Case No. 1:14-cv-00473 RB/KK
GEORGE HEAGERTY, III and
USA CYCLING, INC.
     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court on the Parties' Stipulation of Dismissal, and the Court being otherwise fully advised on the premises contained therein and the agreement of the Parties, FINDS:

    1.    Plaintiffs and Defendants have resolved their dispute in this lawsuit;

    2.    Plaintiffs agree to dismiss their lawsuit against Defendants USA Cycling, Inc., and George Heagerty, III.

    3.    Plaintiffs' lawsuit against USA Cycling, Inc., and George Heagerty, III is hereby dismissed *with prejudice*;

    4.    The Parties shall each bear their respective attorneys' fees and costs.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

Plaintiffs' lawsuit against Defendants USA Cycling, Inc., and George Heagerty, III is dismissed with prejudice.

_____
ROBERT C. BRACK
United States District Judge

Submitted and approved by:

**Madison & Mroz, P.A.**

<u>/s/ Peter J. Eicker</u>
Michael J. Dekleva
Jacqueline A. Olexy
Peter J. Eicker
P.O. Box 25467
Albuquerque, New Mexico 87125-5467
(505) 242-2177 Telephone
(505) 242-7184 Facsimile
*Counsel for Defendant USA Cycling, Inc.*

Approved by:

<u>/s/ Approved via email on 12-15-14</u>
Robert M. Ortiz, Esq.
Will Ferguson & Associates
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM 87110
*Counsel for Plaintiffs*

<u>/s/ Approved via email on 12-15-14</u>
Mark J. Klecan, Esq.
P.O. Box 10248
Albuquerque, NM 87184
*Counsel for Defendant George Heagerty, III*